UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| Ya-sir Kyreem Umar,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>Jeremy Bean, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-02566-CDS-EJY<br><br>**Order** |

On December 22, 2025, *pro se* plaintiff Ya-sir Umar, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983 and applied to proceed *in forma pauperis*. ECF Nos. 1, 1-1. Plaintiff's application to proceed *in forma pauperis* is not on this Court's approved form.

Plaintiff must pay the full $405 filing fee or file a new fully complete application to proceed *in forma pauperis* on the Court's form. To proceed *in forma pauperis*, that is, without **prepaying** the filing fee, Plaintiff must comply with 28 U.S.C. § 1915(a) and Local Rule LSR 1-2. This requires Plaintiff to submit **three** documents to the Court including: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, on this Court's approved form (*i.e.* pages 1 through 3 with the inmate's two signatures on page 3), (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official (*i.e.* page 4 of this Court's approved form), and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

Accordingly, IT IS HEREBY ORDERED that no later than **March 2, 2026**, Plaintiff must either pay the $405 filing fee for a civil action or file with the Court: (1) a complete **Application to Proceed *in Forma Pauperis* for Inmate** on the Court's approved form; (2) a **Financial Certificate** properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**.

IT IS FURTHER ORDERED that failure to pay the $405 filing fee or file a complete application to proceed *in forma pauperis* on or before **March 2, 2026**, will result in a recommendation to dismiss this action **without prejudice**. A dismissal without prejudice allows

1  Plaintiff to file this case with the Court, under a new case number, when he is able to comply with
2  LSR 2-1 and file a complete application to proceed *in forma pauperis* or pay the required filing
3  fee.
4        IT IS FURTHER ORDERED that Plaintiff's incomplete application to proceed *in forma*
5  *pauperis* (ECF No. 1) is DENIED without prejudice.
6        IT IS FURTHER ORDERED that the Clerk of the Court **must** send to Plaintiff (1) the
7  application to proceed *in forma pauperis* for inmates, and (2) instructions for completing this form.
8        DATED: January 8, 2026

                                      ELAYNA J. YOUCHAH
                                      UNITED STATES MAGISTRATE JUDGE